Case No.: 26-1862

# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| ROBERT HELD, | ) | |
| | ) | Appeal from the United |
| Plaintiff-Appellee, | ) | States District Court for the |
| | ) | Northern District of Illinois, |
| v. | ) | Eastern Division. |
| | ) | |
| VILLAGE OF BROADVIEW, et al. | ) | Case No. 1:25-cv-13066 |
| | ) | |
| Defendants-Appellants. | ) | Hon. Judge Edmond E. Chang |

## APPELLANT'S STATUS REPORT

Pursuant to the Court's Order (Dkt. No. 10), dated May 21, 2026, Defendants-Appellants submit the following status report.

1. Defendants-Appellants hereby notify this Court of the district court's entry of its injunction, enjoining the Village from enforcing Executive Order 2025-05's time restrictions on protests.

2. `This order was entered on a separate document pursuant to Fed. R. Civ. P. 65(d) by the Honorable Judge Edmond Chang in the United States District Court for the Northern District of Illinois in Case No. 1:25-cv-13066 on May 22, 2026 (Dkt. No. 62).

(Remainder of page left blank – signatures to follow)

1

Case No.: 26-1862

Respectfully submitted,

**DEFENDANTS-APPELLANTS**

By:     */s/ Charles S. Huff*
        Charles S. Huff
        *One of their Attorneys*

Charles S. Huff (ARDC #6271245)
Veronica Bonilla-Lopez (#6281050)
Chanelle Fagbemi (ARDC #6352838)
Del Galdo Law Group, LLC
1441 South Harlem Avenue
Berwyn, Illinois 60402
P: (708) 222-7000
F: (708) 222-7001
huff@dlglawgroup.com
vblopez@dlglawgroup.com
fagbemi@dlglawgroup.com